George J. Haberer, trading as George J. Haberer & Company, appellee, v. George E. Lenz, appellant. Gen. No. 28,195.

Action for commission on sale of property. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed and cause remanded. Opinion filed February 20, 1924.

Short & Guenther and Joseph Z. Willner, for appellant. No appearance for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

B. F. J. Odell, appellee, v. Michigan Central Railroad Company, appellant. Gen. No. 28,214.

Damage action for negligence in shipment of grapes, upset in transit. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed and cause remanded. Opinion filed February 20, 1924.

Winston, Strawn & Shaw, for appellant; Guy A. Gladson, of counsel. Reginald C. Darley, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Julia Ofsraek, appellee, v. Paul Tulupan, appellant. Gen. No. 28,225.

Action to recover money lent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 20, 1924.

McInerney & Power, for appellant. Willis Melville and R. B. Burt, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Elsie K. Poulsen, appellee, v. Paul P. Barnett and Searle S. Barnett, appellants. Gen. No. 28,244.

Bill to have warranty deed declared a mortgage. Prayer granted and accounting ordered. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 20, 1924. Rehearing denied March 3, 1924.

Otto F. Ring, for appellants. William J. Dillon, for appellee.

Mr. Justice Thomson delivered the opinion of the court.